# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO. 1:17-CR-52___ |
| v. : | |
| GUY LEE DOLLAR, : | VIOLATIONS: |
| Defendant : | 18 U.S.C. § 472 |
| : | 18 U.S.C. § 922(g)(1) and |
| : | § 924(a)(2) |
| : | 18 U.S.C. § 924(d)(1) |
| _____ : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of Counterfeit Federal Reserve Notes: 18 U.S.C. § 472)

On or about July 14, 2017, in the Albany Division of the Middle District of Georgia, the defendant,

**GUY LEE DOLLAR,**

with intent to defraud, did possess falsely made, forged, and counterfeited obligations of the United States, that is, approximately 8 Federal Reserve Notes (FRNs) in the denomination of twenty dollars, and 20 FRNs in the denomination of ten dollars, which he then knew to be falsely made, forged, and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT 2

### (Possession of a Firearm by a Convicted Felon: 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July14, 2017, in the Albany Division of the Middle District of Georgia, the defendant,

### GUY LEE DOLLAR,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Rossi, .32 S&W Long caliber, revolver, serial number C137657, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE NOTICE
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegation contained in Count Two of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeitures to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) set forth in Count Two of this Indictment, the defendant,

## GUY LEE DOLLAR,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to, one (1) Rossi, .32 S&W long caliber revolver, Serial Number: C137657, and forty-eight (48) rounds of Remington .38 caliber ammunition.

    3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), through Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

By: _____
K. ALAN DASHER
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13 day of Dec , AD 2017.

_____
Deputy Clerk